JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTENE COUSENS, as Administrator of the ESTATE OF JOHN L. WITHERS, JR.,<br><br>                  Plaintiff,<br><br>       v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; TRANSAMERICA CORPORATION; and DOES 1-20, inclusive,<br><br>                  Defendants. | Case No. 2:20-cv-10003-SPG-JPR<br><br>**JUDGMENT** |

      On April 18, 2023, the Court granted summary judgment (1) as to Defendant Transamerica Corporation ("TC"), in full; and (2) as to Defendant Transamerica Life Insurance Company ("TLIC," and together with "TC," "Defendants")), as to all causes of action except breach of contract. (ECF No. 72).

      Subsequently, on January 19, 2024, the Court granted TLIC's motion for summary judgment as to the sole remaining cause of action for breach of contract. (ECF No. 84).

      Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be entered in favor of Defendants and against Plaintiff Kristine Cousens ("Plaintiff"), and

Plaintiff's Complaint shall be dismissed with prejudice. Defendants shall recover their cost of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: February 21, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE